IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARRENTON F. CREW, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | No. 12-cv-02534-LDD |
| et. al., | : | |
| Defendants. | : | |

ORDER

AND NOW, this 14th day of March 2013, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response thereto (Doc. No. 7), and careful review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge (Doc. No. 18),[1] it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED;

3. Petitioner's Motion for Appointment of Counsel (Doc. No. 19) is DENIED;

4. Petitioner's Request for Oral Argument (Doc. No. 20 ) is DENIED; and

5. A certificate of appealability is not granted.

BY THE COURT:

S/Legrome D. Davis

Legrome D. Davis, J.

---

[1] While Petitioner filed a document entitled "Objection and Request" (Doc. No. 20), Petitioner's document simply contains a request for oral argument and does not contain any substantive objections to Judge Rueter's Report and Recommendation.